| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor 1 | Helen M Johnson | |
| Debtor 2 (Spouse, if filing) | | |
| United States Bankruptcy Court for the: | Southern District of Alabama (State) | |
| Case number | 16-01321 | |

form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE BUNGALOW SERIES III TRUST

**Court claim no.** (if known): 4-2

**Last 4 digits** of any number you use to identify the debtor's account: 6 7 3 3

**Property address:** 18724 Clydes Ln
Number    Street

Fairhope    AL    36532
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 02 / 01 / 2021
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___ / ___ / ___
MM / DD / YYYY

| Debtor 1 | Helen M Johnson | Case number (if known) 16-01321 |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Mark A. Baker
Signature

Date 02 / 12 / 2021

Print  Mark A. Baker
First Name   Middle Name   Last Name

Title  Attorney for Creditor

Company  McMichael Taylor Gray, LLC

If different from the notice address listed on the proof of claim to which this response applies:

Address  3550 Engineering Drive, Suite 260
Number  Street

Peachtree Corners, GA 30092
City   State   ZIP Code

Contact phone (404) 474 - 7149

Email mbaker@mtglaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the **RESPONSE TO NOTICE OF FINAL CURE PAYMENT** in the above captioned case was this day served upon the below named persons by mailing, postage prepaid, first class mail or by electronic service copy of such instrument to each person, party, and/or counsel at the addresses shown below:

**Via U.S. Mail**
Helen M Johnson
18724 Cyldes Lane
Fairhope, AL 36532


**Via CM/ECF electronic service:**
Daniel B. O'Brien
P.O. Box 1884
Mobile, AL 36633

James D. Patterson
Underwood & Riemer PC
2153 Airport Boulevard
Mobile, AL 36606

Dated: February 12, 2021

    Respectfully submitted,
    /s/ Mark A. Baker
    Mark A. Baker, ASB 2459-E57M
    MCMICHAEL TAYLOR GRAY, LLC
    3550 Engineering Drive, Suite 260
    Peachtree Corners, GA 30092
    Telephone: (404) 474-7149
    Facsimile: (404) 745-8121
    E-mail: mbaker@mtglaw.com